|        | AUSA:   | Vance               | Telephone: | (810) 766-5177 |
|--------|---------|---------------------|------------|----------------|
| AO 91 (Rev. 11/11) Criminal Complaint | Deputy: | Edwin Peluyera-USMS | Telephone: | (313) 236-8869 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Monte Alexander

Case No.

Case: 2:22–mj–30256
Assigned To : Unassigned
Assign. Date : 6/6/2022
Description: RE: MONTE ALEXANDER (EOB)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____On or about March 9, 2022_____ in the county of _____Wayne_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 751 | Escape |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Deputy Edwin Peluyera, USMS
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Judge's signature

Date: __June 6, 2022__

City and state: __Detroit, Michigan__     David R. Grand, United States Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Deputy United States Marshal Edwin J. Peluyera, after being duly sworn, deposes and says the following:

## INTRODUCTION

1. I am a Criminal Investigator (CI), Deputy United States Marshal (DUSM) of the United States Marshals Service (USMS) and have been so employed since April 2010. I am currently assigned to the Flint Divisional Office in the Eastern District of Michigan and part of my duties also include working with the Detroit Fugitive Apprehension Team (DFAT). The DFAT is composed of federal, state, and local law enforcement officers investigating federal, state, and local fugitives. I have gained experience through training, classes, and daily work, to include but not limited to these types of investigations.

2. As a DUSM, I am authorized to investigate violations of laws of the United States. I am a law enforcement officer with authority to execute warrants issued under the authority of the United States. Furthermore, it is part of my duties to investigate and prosecute persons in violation of 18 United States Code 751 (a), Escape.

1

3. The statements contained in this Affidavit are based on my experience and background as a DUSM and information provided by Officials from the Federal Bureau of Prisons (FBOP). I have not set forth every fact resulting from this investigation; rather I have set forth a summary of the investigation to date to establish that Monte ALEXANDER, did escape the custody of the FBOP as described under Title 18 United States Code Section 751.

## BACKGROUND OF THE INVESTIGATION

4. On June 17, 2019, ALEXANDER was received at USP Terre Haute to serve a 63 month sentence for Felon in Possession of a Firearm consecutively with a 3 month sentence for Supervised Release Violations.

5. On December 16, 2020, ALEXANDER was transferred to USP Canaan to carry out the remainder of his sentence.

6. On July 6, 2021 ALEXANDER signed BOP Form Community Based Program Agreement (BP-A0434).

7. On February 11, 2021 ALEXANDER signed BOP forms Release & Gratuity Information (BP-A0189), Furlough Application-Approval and Record (BP-A0291), and Conditions of Furlough (BP-A0291IS) acknowledging his responsibilities and conditions to report to the Cherry

2

Health Community Center.

8. On March 07, 2022, at approximately 1:06 PM, ALEXANDER departed via public transportation from USP Canaan, enroute to a Residential Re-entry center (RRC) Cherry Health Community Center located at 8833 Townsend St., Detroit, Michigan 48213.

9. ALEXANDER should have arrived no later than 10:30 PM on Tuesday, March 8th, 2022 to complete the remainder of his sentence.

10. On March 9th, 2022, FBOP was notified by Cherry Health Community Center that inmate ALEXANDER did not arrive at the half-way house as directed. ALEXANDER was placed on escape status and the United States Marshals Service (USMS) was notified.

11. ALEXANDER had an expected release date of July 24, 2022.

12. Since March 09, 2022, the United States Marshals Service (USMS), Detroit Fugitive Apprehension Team (DFAT) have been searching for ALEXANDER with negative results.

13. On May 31,2022 the United States Marshals Service was notified that the Michigan State Police (MSP) arrested ALEXANDER on a traffic stop in the city of Flint. ALEXANDER is currently being housed at the Genesee County Jail.

3

## CONCLUSION

14. Based on the foregoing, there is probable cause to believe that Monte ALEXANDER; an individual in the custody of the Federal Bureau of Prisons, escaped when he left the USP Canaan, a United States Penitentiary, located in Waymart, PA and did not report to the Cherry Health Community Center located in Detroit, MI to complete this sentence.

Edwin Peluyera
Criminal Investigator
Deputy United States Marshal
United States Marshals Service

Sworn and subscribed before me this day _____6th_____ Day of June, 2022.

HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE